IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEMETRIS AUNDREY VEAL, SR.,

    Plaintiff,

v.	Case No. 1:17cv265-MW/CAS

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**Social Security Administration,**

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 17. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for a period of disability and disability benefits and for supplemental benefits is **AFFIRMED** and judgment is entered for the Defendant." The Clerk shall close the file.

**SO ORDERED on June 25, 2018.**

                                            s/Mark E. Walker    
                                            **United States District Judge**